## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ERIC LAYMON** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO: 05-3767** |
| **N. BURL CAIN, WARDEN** | * | **SECTION: "M"(6)** |

### ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, as well as Petitioner's Objection to that Report and Recommendation (#11), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Eric Laymon for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DENIED WITH PREJUDICE.**

New Orleans, Louisiana, this  1st  day of        August        , 2007.

_____
UNITED STATES DISTRICT JUDGE